FILED
NOV 15 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) No. <br> ) <br> ) <br> JEREMY HORR, ) <br> ) <br> Defendant. ) | **4:17CR00531 HEA/DDN** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about August 11, 2016, within the Eastern District of Missouri, the defendant,

**JEREMY HORR,**

did embezzle, steal, purloin, and knowingly convert to his use, and the use of others, property of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: a 2008 Chevrolet Uplander with United States Postal Service marking with an estimated value of $25,000.00.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

The Grand Jury further charges that:

On or about August 11, 2016, within the Eastern District of Missouri, the defendant

**JEREMY HORR,**

did receive, conceal, and unlawfully have in his possession mail which had been stolen and taken from a mail route and mail carrier, then knowing the articles to have been stolen and taken.

In violation of Title 18, United States Code, Sections 1708 and 2.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY, #014753TN
Assistant United States Attorney